NIKOLAS FIOLAKIS v. G. F. HILL, INC.

May 4, 1982.

Petition for certification denied.

PETER SHAPIRO, ESSEX COUNTY EXECUTIVE v. ESSEX
COUNTY BOARD OF CHOSEN FREEHOLDERS.

May 4, 1982.

Petition for certification granted. (See 183 *N.J. Super.* 24)

ALLEN R. ROTH v. AMY ROTH.

May 4, 1982.

Petition for certification denied.

MARY ANN GAYET v. GEORGE GAYET.

May 4, 1982.

Petition for certification granted.